# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **NYKERRIA FOSTER** | **CIV. ACTION NO. 3:23-00156** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WAL-MART LOUISIANA, L. L. C., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 15] previously filed herein, and having thoroughly reviewed the record, noting the lack of objection thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that non-party Wal-Mart Louisiana, L.L.C. is **STRICKEN** from the case.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b)(6) Motion for Partial Dismissal [Doc. No. 11] filed by Defendant Wal-Mart, Inc. is **GRANTED IN PART,** and that Plaintiff Nykerria Foster's survival action and request for bystander damages are hereby **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 11] otherwise is **DENIED**.

**MONROE, LOUISIANA**, this 5th day of September 2023.

_____
**Terry A. Doughty, District Judge**
**United States District Court**